River Point Community Association, Inc.
c/o River City Management Services
P. O. Box 50886
Jacksonville Beach, FL 32240



Antoine Mickle
1226 Raleigh Ridge Drive
Jacksonville, Fl 32225

October 20, 2020

Re: 11053 - Antoine Mickle
1226 Raleigh Ridge Drive
Jacksonville, FL 32225

The Board of Directors of the River Point Community Association, Inc. has become aware that you are in violation of the Association's governing documents and/or Rules and Regulations.

You have a flag in violation of the sign and nuisance clause which states:

**J. Signs.** A sign denoting the street address of the residence located and designed in accordance with approved standards, shall be required on each dwelling unit. In addition, one small sign may be used to denote the name of the resident, subject to the prior written approval of the Developer or Association with regard to size, shape, design, color and location of such sign. <u>No other signs of any kind shall be displayed to the public view on any lot</u>, however, that nothing herein shall be construed to restrict in any manner the Developer of its agents from placing sign advertising on the Property or any portion thereof.

**A. Nuisances:** No noxious or offensive activities shall be carried on upon any portion of the Property; nor shall **anything be done thereon** which is or may become a nuisance or annoyance to any resident of the Unit.

The board has made specific allowances to this rule for the United States of America flag, the State of Florida flag, "For Sale" and "For Rent" signs, holiday and season flags, though they are limited to their season or holiday, and political signs which are limited to their "election time", but then must be removed.

In order to comply with the Association's governing documents, the Board of Directors requests that you take the following action: **Remove the "Black Lives Matter" flag**

We would appreciate your support in addressing the above issue(s) within the next 24 hours. Please notify our office in writing that the issue will be addressed or has been taken care of by replying to this email. A complete copy of the covenants is available online at www.riverpoint-monumentlanding.com.

On behalf of the Association, we hope that you will take the appropriate measures to correct the noted violation and comply with the Association's governing documents and Rules and Regulations within the time allotted, so that additional action is not necessitated.

EXHIBIT "A"